UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**LINDEN CARE, LLC**,

                         *Plaintiff*,

        *-vs-*                                          **NOTICE OF APPEARANCE**

**EXPRESS SCRIPTS, INC.**                              Civil Action No.
                                                      15-CV-1335 (BKS/CFH)

                *Defendant.*

**TO THE CLERK OF THE COURT:**

        Please enter the appearance of David M. Cost, Esq., Barclay Damon, LLP, 80 State Street,

Albany, New York, 12207, as counsel for Plaintiff in the above-entitled action.

Dated:  November 10, 2015                    **BARCLAY DAMON, LLP**


                                    By:_____*/s David M. Cost*_____
                                                David M. Cost
                                                Bar Roll No.:  514416

                                    *Attorneys for Plaintiff*
                                    Linden Care, LLC
                                    80 State Street
                                    Albany, New York 12207
                                    Telephone: (518) 429-4286
                                    Facsimile: (518) 533-2913
                                    E-mail: dcost@barclaydamon.com

11436715.1