Case: <u>**Linden Care, LLC v. Express Scripts, Inc.**</u> 15-cv-1335 (BKS/CFH)
Date: November 20, 2015
Presiding Judge: Brenda K. Sannes

United States District Court for the Northern District of New York

# PLAINTIFF'S EXHIBIT LIST

| No. | Marked For ID | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | Termination Letter Dated November 9, 2015 (Ex. A to Amended Complaint) |
| P-2 | | | | | 2009 ESI Provider Agreement, Un-redacted |
| P-3 | | | | | 2011 Amendment to ESI Provider Agreement (Ex. B to 11/17/15 Wiener Dec.) |
| P-4 | | | | | ESI Provider Manual, Un-redacted |
| P-5 | | | | | Accredo Specialty Drug List (Ex. A to 11/11/15 Wiener Dec.) |
| P-6 | | | | | 11/11/15 Notarized Letter from Dr. Alexander Weingarten (Ex. H to 11/11/15 Wiener Dec.) |
| P-7 | | | | | 11/17/15 Letter from Dr. Patrick Annello (Ex. F to 11/17/15 Clark Dec.) |
| P-8 | | | | | 11/11/15 Notarized Letter from Patient D.B. (Ex. B to 11/11/15 Wiener Dec.) |
| P-9 | | | | | 11/11/15 Notarized Handwritten Letter from Patient V.C. (Ex. C to 11/11/15 Wiener Dec.) |

| | | | | | |
|---|---|---|---|---|---|
| P-10 | | | | | 11/11/15 Declaration of Patient R.G. (Ex. D to 11/11/15 Wiener Dec.) |
| P-11 | | | | | 11/11/15 Notarized Letter from Patient R.S. (Ex. E to 11/11/15 Wiener Dec.) |
| P-12 | | | | | 11/11/15 Notarized Handwritten Letter from Patient E.S. (Ex. F to 11/11/15 Wiener Dec.) |
| P-13 | | | | | 11/10/15 Handwritten Letter from patient T.C. (Part of Ex. G to 11/11/15 Wiener Dec.) |
| P-14 | | | | | Handwritten notarized letter from patient E.M. (Part of Ex. G to 11/11/15 Wiener Dec.) |
| P-15 | | | | | Additional Patient Emails from 11/16/15 & 11/17/15 (Ex. A to Wiener 11/17/15 Dec.) |
| P-16 | | | | | Maryland License (Ex. C to Amended Compl.) |
| P-17 | | | | | Recording of Call To Village Pharmacy (DVD) |
| P-18 | | | | | Controlling the Cost of Compounded Medications: health Plan/Employer Strategies (September 25, 2014) Webinar by Atlantic Information Services (Paper & Powerpoint) |
| P-19 | | | | | 9 new Patient testimonials November 18, 2015 (Ex. A to 11/19/15 Memorandum Of Law) |
| P-20 | | | | | Letter from Dr. Edward S. Rubin, M.D. dated November 18, 2015 |
| P-21 | | | | | Termination Letter by Prime Therapeutics dated November 13, 2015 |

| | | | | | |
|---|---|---|---|---|---|
| P-22 | | | | | Termination Letter by Humana Pharmacy Network dated November 13, 2015 |
| P-23 | | | | | New York Standard Clauses |
| P-24 | | | | | March 9, 2011 New York DOH Guidelines |
| P-25 | | | | | Portions of Linden Care's Website |