

November 2015



Your pharmacy network is changing, but you still have plenty of options.

Dear A

Express Scripts is the company that manages your prescription plan.

Our records show that you recently filled a prescription at LINDEN CARE. We want to let you know that **on November 7, 2015, LINDEN CARE will no longer be in your plan's pharmacy network.** You can continue to use this pharmacy, but you'll pay a higher cost.

**Finding another pharmacy is easy**
There are many pharmacies in your network and finding another one isn't complicated:
- Log in to Express-Scripts.com, then click on "Locate a Pharmacy."
  or
- Call a local pharmacy and ask if they're in the Express Scripts network.

**Changing pharmacies is easy, too**
You can easily move your prescriptions to your new pharmacy by doing one of the following:
- Take your prescription bottle to your new pharmacy; they'll contact your old pharmacy to transfer your prescription.
- Call your new pharmacy and ask them to call your old pharmacy.
- Ask your doctor to call your new pharmacy with your prescription information.

Making prescription medicine safer and more affordable for you is our goal.

Thanks for your time.

Sincerely,

Shannon Lee Eghlimi

Shannon Lee Eghlimi
Vice President, Service

Express Scripts manages your prescription plan for your employer, plan sponsor, or health plan.

© 2015 Express Scripts Holding Company
All Rights Reserved  15EMEXXXXXX
LT460610
CRP15_1163