```
Health Information                         Florida                                              Date: 11/21/15
Designs Inc.                               Query Report                                         Page#:      1

                                        Patient Advisory Report

[REDACTED]

Search Criteria: Last Name [REDACTED]  and First Name [REDACTED]  and [REDACTED]    and Request Period = '11/21/14'
to '11/21/15' - 1 out of 1 Recipients Selected.

Fill Date    Product, Str, Form                  Qty  Days  Pt ID       Prescriber  Written     [REDACTED]    N/R*  Pharm    Pay  MED+
----------   ---------------------------------   ------ ---- -------    ----------  ----------  ------------  ----  -------  ---  ------
10/26/2015   HYDROMORPHONE 4 MG TABLET            180.00   30                                   10/05/2015                    R            03    96.0
10/26/2015   SUBSYS 200 MCG SPRAY                 120.00   30                                   10/05/2015                    R            03   144.0
09/25/2015   SUBSYS 200 MCG SPRAY                 120.00   30                                   09/22/2015                    R            03   144.0
09/25/2015   HYDROMORPHONE 4 MG TABLET            180.00   30                                   09/22/2015                    R            03    96.0
09/01/2015   ZOLPIDEM TARTRATE 10 MG TABLET        30.00   30                                   09/01/2015                    N            03    00.0
09/01/2015   CLONAZEPAM 0.5 MG TABLET              30.00   10                                   09/01/2015                    N            03    00.0
08/26/2015   HYDROMORPHONE 4 MG TABLET            180.00   30                                   08/24/2015                    R            03    96.0
08/13/2015   HYDROMORPHONE 4 MG TABLET             90.00   15                                   08/13/2015                    N            03    96.0
08/05/2015   SUBSYS 200 MCG SPRAY                 120.00   30                                   08/04/2015                    R            03   144.0
07/01/2015   CLONAZEPAM 0.5 MG TABLET              30.00   10                                   06/30/2015                    N            03    00.0
07/01/2015   ZOLPIDEM TARTRATE 10 MG TABLET        30.00   30                                   06/30/2015                    N            03    00.0
04/20/2015   ABSTRAL 200 MCG TAB SUBLINGUAL        32.00    4                                   04/17/2015                    N            04   208.0
01/07/2015   CLONAZEPAM 0.5 MG TABLET              30.00   10                                   01/07/2015                    N            03    00.0
12/02/2014   CLONAZEPAM 0.5 MG TABLET              30.00   30                                   11/03/2014                    N            03    00.0

*N/R N=New R=Refill
+MED Daily

Payment Types: 01 Private Pay, 02 Medicaid, 03 Medicare, 04 Commercial Insurance, 05 Military Installations and VA,
06 Worker's Comp, 07 Indian Nations, 99 Other

Prescribers for prescriptions listed
------------------------------------
[REDACTED]                                                                                      FL 33971
                                                                        FL 33919

Pharmacies that dispensed prescriptions listed
----------------------------------------------
[REDACTED]                                                              FL 33971,
                                                                        NY 11797,
                                                                        FL 33913,
                                                                        NJ 07024,

Patients that match search criteria
-----------------------------------
[REDACTED]                                                              FL 33971

MED Summary
This section displays cumulative MED values by unique recipient. The MED Max value is the maximum occurrence of cumulative MED
sustained for any 3 consecutive days. This value is calculated based on prescriptions dispensed during the date range requested.
----------------------------------------------------------------------------------------------------------------------------
[REDACTED]                                                              FL 33971
```

Handwritten annotations in right margin: "Dunn Meadow", "Walgreen", "Linden Care"

CONFIDENTIAL: This information obtained from E-FORCSE contains confidential controlled substance prescription dispensing information.

```
Health Information                       Florida                                        Date: 11/21/15
Designs Inc.                             Query Report                                   Page#:     1

                                         Patient Advisory Report

[REDACTED]

Search Criteria: [REDACTED] and [REDACTED] and [REDACTED] and Request Period =
'11/21/14' to '11/21/15' - 2 out of 2 Recipients Selected.

Fill Date    Product, Str, Form              Qty    Days  Pt ID    Prescriber  Written              N/R*  Pharm    Pay   MED+
----------   -------------------------       ------ ----  -----    ----------  ----------           ----- -----    ---   -----
10/19/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  20                         09/29/2015           N              04   180.0
10/19/2015   FENTANYL 50 MCG/HR PATCH         10.00  30                         09/29/2015           N              04   120.0
10/19/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         08/04/2015           R              04    00.0    Dun
10/09/2015   FENTORA 400 MCG BUCCAL TABLET    84.00  21                         10/08/2015           R              04   208.0    Meadow
10/01/2015   SUBSYS 600 MCG SPRAY             30.00  10                         09/29/2015           R              99   324.0
09/17/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         08/04/2015           N              04   120.0
09/17/2015   FENTANYL 75 MCG/HR PATCH         10.00  30                         08/04/2015           N              04   180.0
09/17/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         08/04/2015           N              04    00.0
08/17/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         08/17/2015           N              04   120.0
08/17/2015   FENTANYL 75 MCG/HR PATCH         10.00  30                         08/17/2015           N              04   180.0    CVS
08/17/2015   CARISOPRODOL 350 MG TABLET       90.00  30                         07/16/2015           N              04    00.0
08/17/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         06/15/2015           R              04    00.0
08/17/2015   SUBSYS 600 MCG SPRAY            120.00  15                         08/04/2015           N              04   864.0
08/05/2015   SUBSYS 600 MCG SPRAY            120.00  15                         08/04/2015           N              04   864.0
07/17/2015   FENTANYL 75 MCG/HR PATCH         10.00  30                         06/23/2015           N              04   180.0
07/16/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         07/16/2015           N              04   120.0
07/16/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         06/15/2015           N              04    00.0
07/16/2015   CARISOPRODOL 350 MG TABLET       90.00  30                         03/31/2015           R              04    00.0
07/06/2015   SUBSYS 600 MCG SPRAY            120.00  15                         06/23/2015           N              04   864.0
06/23/2015   SUBSYS 600 MCG SPRAY            120.00  15                         06/23/2015           N              04   864.0
06/15/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         06/15/2015           N              04   120.0
06/15/2015   FENTANYL 75 MCG/HR PATCH         10.00  30                         06/15/2015           N              04   180.0
06/15/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         04/28/2015           R              04    00.0
06/15/2015   CARISOPRODOL 350 MG TABLET       90.00  30                         03/31/2015           R              04    00.0
05/27/2015   SUBSYS 600 MCG SPRAY            120.00  15                         05/26/2015           N              04   864.0    Linden
05/13/2015   FENTANYL 50 MCG/HR PATCH         10.00  30                         04/28/2015           N              04   120.0    Care
05/13/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         04/28/2015           N              04    00.0
04/29/2015   SUBSYS 600 MCG SPRAY            120.00  15                         04/28/2015           N              04   864.0
04/22/2015   CARISOPRODOL 350 MG TABLET       90.00  30                         03/31/2015           N              04    00.0
04/13/2015   FENTANYL 50 MCG/HR PATCH         10.00  30                         03/31/2015           N              04   120.0
04/13/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         03/31/2015           N              04   120.0
04/13/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         03/12/2015           R              04    00.0
03/31/2015   SUBSYS 600 MCG SPRAY            120.00  15                         03/31/2015           N              04   864.0
03/12/2015   DIAZEPAM 5 MG TABLET              2.00   1                         03/12/2015           N              04    00.0
03/12/2015   FENTANYL 50 MCG/HR PATCH         10.00  30                         03/12/2015           N              04   120.0
03/12/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         03/12/2015           N              04   120.0
03/12/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         03/12/2015           N              04    00.0
03/04/2015   SUBSYS 600 MCG SPRAY            120.00  15                         03/03/2015           N              04   864.0
02/11/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         02/11/2015           N              04   120.0
02/11/2015   FENTANYL 50 MCG/HR PATCH         10.00  30                         02/11/2015           N              04   120.0
02/11/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         01/06/2015           N              04    00.0
02/03/2015   SUBSYS 600 MCG SPRAY            120.00  15                         02/03/2015           N              04   864.0
01/12/2015   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         01/12/2015           N              04   120.0
01/12/2015   FENTANYL 50 MCG/HR PATCH         10.00  30                         01/12/2015           N              04   120.0
01/12/2015   ALPRAZOLAM 0.5 MG TABLET         90.00  30                         11/06/2014           R              04    00.0
01/07/2015   SUBSYS 400 MCG SPRAY            120.00  30                         01/06/2015           N              04   288.0
12/11/2014   FENTANYL 50 MCG/HR PATCH         10.00  30                         12/11/2014           N              04   120.0
12/11/2014   MORPHINE SULFATE IR 30 MG TAB   120.00  30                         12/11/2014           N              04   120.0

CONFIDENTIAL: This information obtained from E-FORCSE contains confidential controlled substance prescription dispensing information.
```

```
Health Information                          Florida                                              Date: 11/21/15
Designs Inc.                                Query Report                                         Page#:      2

                                         Patient Advisory Report

[REDACTED]

Fill Date    Product, Str, Form                Qty    Days  Pt ID        Prescriber  Written    [REDACTED]  N/R*  Pharm    Pay   MED+
----------   --------------------------------  ------ ----  ------       ----------  ----------              ----  ------   ---   -----
12/11/2014   ALPRAZOLAM 0.5 MG TABLET           90.00   30  [REDACTED]   [REDACTED]  11/06/2014  [REDACTED]   N    [REDACTED] 04    00.0
12/11/2014   CARISOPRODOL 350 MG TABLET         90.00   30  [REDACTED]   [REDACTED]  09/18/2014  [REDACTED]   R    [REDACTED] 04    00.0
12/09/2014   SUBSYS 400 MCG SPRAY              120.00   30  [REDACTED]   [REDACTED]  12/09/2014  [REDACTED]   N    [REDACTED] 04   288.0

*N/R N=New R=Refill
+MED Daily

Payment Types: 01 Private Pay, 02 Medicaid, 03 Medicare, 04 Commercial Insurance, 05 Military Installations and VA,
06 Worker's Comp, 07 Indian Nations, 99 Other

Prescribers for prescriptions listed
------------------------------------
[REDACTED]

Pharmacies that dispensed prescriptions listed
----------------------------------------------
FL3950943      LINDEN CARE, LLC; 130 CROSSWAYS PARK DRIVE, SUITE 101, WOODBURY NY 11797
[REDACTED]                                                                              FL 33990,
                                                        NJ 07024,

Patients that match search criteria
-----------------------------------
[REDACTED]

MED Summary
This section displays cumulative MED values by unique recipient. The MED Max value is the maximum occurrence of cumulative MED
sustained for any 3 consecutive days. This value is calculated based on prescriptions dispensed during the date range requested.
---------------------------------------------------------------------------------------------------------------------------------
[REDACTED]                                              FL 33950
```

CONFIDENTIAL: This information obtained from E-FORCSE contains confidential controlled substance prescription dispensing information.

```
Health Information                          Florida                                              Date: 11/21/15
Designs Inc.                                Query Report                                         Page#:      1

                                            Patient Advisory Report
[REDACTED]

Search Criteria: Last Name [REDACTED] and First Name [REDACTED] and [REDACTED] = [REDACTED] and Request Period = '11/21/14' to
'11/21/15' - 1 out of 1 Recipients Selected.

Fill Date    Product, Str, Form              Qty    Days  Pt ID        Prescriber  Written   [REDACTED]   N/R*   Pharm          Pay  MED+
----------   ---------------------           ------ ----  ---------    ----------  --------  ---------   ----   ----------     ---  -----
11/03/2015   SUBSYS 200 MCG SPRAY            30.00   7                             10/22/2015                N                  01   154.3
11/03/2015   SUBSYS 200 MCG SPRAY            30.00   7                             10/22/2015                N                  04   154.3    Avella
10/26/2015   SUBSYS 200 MCG SPRAY            30.00   7                             10/22/2015                N                  04   154.3    Arizona
10/26/2015   SUBSYS 200 MCG SPRAY            30.00   7                             10/22/2015                N                  04   154.3
10/16/2015   FENTANYL 75 MCG/HR PATCH        10.00  30                             10/05/2015                N                  04   180.0
09/19/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             09/04/2015                N                  04   120.0
09/11/2015   SUBSYS 200 MCG SPRAY            30.00   8                             09/08/2015                N                  04   135.0    Linden Care
08/17/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             08/10/2015                N                  04   120.0
07/18/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             07/16/2015                N                  04   120.0
06/15/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             06/08/2015                N                  04   120.0    CVS
05/14/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             04/27/2015                N                  04   120.0
04/08/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             03/23/2015                N                  04   120.0
04/08/2015   SUBSYS 200 MCG SPRAY            30.00   8                             04/08/2015                N                  04   135.0
03/08/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             03/08/2015                N                  04   120.0
02/06/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             02/06/2015                N                  04   120.0
01/07/2015   FENTANYL 50 MCG/HR PATCH        10.00  30                             12/19/2014                N                  04   120.0
11/26/2014   FENTANYL 50 MCG/HR PATCH        10.00  30                             11/26/2014                N                  04   120.0

*N/R N=New R=Refill
+MED Daily

Payment Types: 01 Private Pay, 02 Medicaid, 03 Medicare, 04 Commercial Insurance, 05 Military Installations and VA,
06 Worker's Comp, 07 Indian Nations, 99 Other

Prescribers for prescriptions listed
-----------------------------------------------------------------------------------------------------------------------
[REDACTED]                                                                  [REDACTED]   FL 33134

Pharmacies that dispensed prescriptions listed
-----------------------------------------------------------------------------------------------------------------------
[REDACTED]                                                                              FL 33176,
                                                                     NY 11797
                                                                              FL 33176,
                                                             AZ 85085,

Patients that match search criteria
-----------------------------------------------------------------------------------------------------------------------
[REDACTED]                                                                        FL 33176    patient Florida

MED Summary
This section displays cumulative MED values by unique recipient. The MED Max value is the maximum occurrence of cumulative MED
sustained for any 3 consecutive days. This value is calculated based on prescriptions dispensed during the date range requested.
-----------------------------------------------------------------------------------------------------------------------
[REDACTED]




CONFIDENTIAL: This information obtained from E-FORCSE contains confidential controlled substance prescription dispensing information.
```