

November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ **WA 98007** |
| Service type: | FedEx Priority Overnight | Delivery date: | Oct 18, 2014 09:30 |
| Special Handling: | For Saturday Delivery | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ████████████ | Ship date: | Oct 17, 2014 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ████████████ | Mark Schmeir |
| ████████, WA 98007 US | LINDEN CARE LLC |
| | 123 EILEEN WAY |
| | SYOSSET, NY 11791 US |
| **Reference** | 2050778-01 |

Thank you for choosing FedEx.

#2050778-01

P-340

#378228



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ▮▮▮▮▮▮

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ▮▮▮▮▮▮ TX 76248 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Nov 14, 2014 09:37 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ▮▮▮▮▮▮ | **Ship date:** | Nov 13, 2014 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ▮▮▮▮▮▮ | HUNTER PLOTSKER |
| ▮▮▮▮ TX 76248 US | LINDEN CARE LLC |
| | 130 CROSSWAYS PARK DRIVE |
| | SUITE 101 |
| | WOODBURY, NY 11797 US |
| **Reference** | 2059581-01 |

Thank you for choosing FedEx.

# 205958101



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████████

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████ TX 76248 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Dec 3, 2014 09:30 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ████████████ | **Ship date:** | Dec 2, 2014 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ████████████ | HUNTER PLOTSKER |
| ████████ TX 76248 US | LINDEN CARE LLC |
| | 130 CROSSWAYS PARK DRIVE |
| | SUITE 101 |
| | WOODBURY, NY 11797 US |
| **Reference** | 2059581-01R |

Thank you for choosing FedEx.

# 2059581-01

12/2/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number █████████

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ TX 76248 |
| **Service type:**<br>**Special Handling:** | FedEx Priority Overnight<br>Deliver Weekday<br><br>Residential Delivery | **Delivery date:** | Dec 17, 2014 09:32 |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ████████ | **Ship date:** | Dec 16, 2014 |

**Recipient:**
████████████
██████ TX 76248 US

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US

**Reference**
2059581-01R

Thank you for choosing FedEx.

#2059581-01
12/16/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ██████████

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ |
| | | | ███████ FL 32828 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Jun 30, 2014 11:10 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ████████ | **Ship date:** | Jun 27, 2014 |

**Recipient:**                                    **Shipper:**
████████████                              Mark Schmeir
████████ FL 32828 US                  LINDEN CARE LLC
                                                      123 EILEEN WAY
                                                      SYOSSET, NY 11791 US

Thank you for choosing FedEx.

*2005971-01*

*6|27|2014*



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████ |
| | | | ████████ WI 53214 |
| **Signed for by:** | ████████ | **Delivery date:** | Jun 25, 2014 09:08 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | ████████ | **Ship date:** | Jun 24, 2014 |

**Recipient:**
████████
████████
████████ WI 53214 US

**Shipper:**
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2010331
6/24/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ |
| | | | ████ CO 80205 |
| Signed for by: | ████████████ | Delivery date: | Jul 22, 2014 09:26 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ████████████ | Ship date: | Jul 21, 2014 |

Recipient:
████████████
████████████
████████████
████ CO 80205 US

Shipper:
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

20209580 1

7/21/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ |
| | | | ████████ DC 20003 |
| **Signed for by:** | ████████ | **Delivery date:** | Aug 22, 2014 09:20 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ███████████ | **Ship date:** | Aug 21, 2014 |

**Recipient:**

███████████
███████████████████
███████ DC 20003 US

**Shipper:**

Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2037045-01

8/21/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████ |
| | | | WASHINGTON, DC 20003 |
| Signed for by: | ████████ | Delivery date: | Sep 25, 2014 10:10 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ████████ | Ship date: | Sep 24, 2014 |

Recipient:
████████
████████
████████ DC 20003 US

Shipper:
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2042440-01

9/24/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ IL 60613 |
| Signed for by: | ████████████ | Delivery date: | Jun 26, 2014 09:06 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ████████████ | Ship date: | Jun 25, 2014 |

Recipient:
████████████
████████████
████████████
████ IL 60613 US

Shipper:
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2010661-01

6/25/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ DC 20003 |
| Signed for by: | ███████ | Delivery date: | Aug 6, 2014 09:30 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ███████████ | Ship date: | Aug 5, 2014 |

Recipient:                              Shipper:
██████████                              Mark Schmeir
██████████████                          LINDEN CARE LLC
██████████ DC 20003 US                  123 EILEEN WAY
                                        SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2026741-01

8\5\2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████████

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ DC 20003 |
| **Signed for by:** | ████████ | **Delivery date:** | Sep 5, 2014 09:48 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ████████ | **Ship date:** | Sep 4, 2014 |

**Recipient:**
████████████
████████████
████████ DC 20003 US

**Shipper:**
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2036315-01

9|4|2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ███████████ |
| | | | WASHINGTON, DC 20003 |
| Signed for by: | ███████ | Delivery date: | Oct 3, 2014 09:59 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |
| | Adult Signature Required | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ███████████ | Ship date: | Oct 2, 2014 |

Recipient:
███████████
███████DC 20003 US

Shipper:
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2045418-01

10/2/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ███████████ WI 53214 |
| Signed for by: | ███████████ | Delivery date: | Aug 20, 2014 08:56 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ███████████ | Ship date: | Aug 19, 2014 |

Recipient: 

███████████
███████████
WI 53214 US

Shipper:
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2031078-01

8/19/2014



November 21, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ██████████ DC 20003 |
| Signed for by: | ████████ | Delivery date: | Aug 6, 2014 09:30 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ████████ | Ship date: | Aug 5, 2014 |

Recipient:
██████████
██████████
██████████ DC 20003 US

Shipper:
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2026728-01
2026729-01

8|5|2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ██████████████ |
| | | | ████████ DC 20003 |
| Signed for by: | ███████ | Delivery date: | Sep 5, 2014 09:48 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ██████████ | Ship date: | Sep 4, 2014 |

Recipient:                              Shipper:
█████████████████████               Mark Schmeir
█████████████████████               LINDEN CARE LLC
█████████████████████               123 EILEEN WAY
████████ DC 20003 US                SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2035930-01
2035931-01

9/4/2014



November 21, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ███████████ |
| | | | ███████ DC 20003 |
| **Signed for by:** | ███████ | **Delivery date:** | Oct 3, 2014 09:59 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | |
| | Adult Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ███████ | **Ship date:** | Oct 2, 2014 |

**Recipient:**

███████ DC 20003 US

**Shipper:**
Mark Schmeir
LINDEN CARE LLC
123 EILEEN WAY
SYOSSET, NY 11791 US

Thank you for choosing FedEx.

2045391-01
2045392-01

10/2/2014



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ███████████ TX 76248 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Jan 6, 2015 10:01 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ███████ | **Ship date:** | Jan 5, 2015 |

**Recipient:**
████████
█████ TX 76248 US

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US
2059581-01R

**Reference**

Thank you for choosing FedEx.

# 2059581-01

1/5/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ |
| | | | ████████ TX 76248 |
| Service type: | FedEx Priority Overnight | Delivery date: | Jan 15, 2015 09:33 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ████████████ | Ship date: | Jan 14, 2015 |

**Recipient:**
████████████
████████████
████████ TX 76248 US

**Reference**

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US
2059581-01R

Thank you for choosing FedEx.

# 2059581-01

1/14/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ██████████████ |
| | | | ███████ TX 76248 |
| Service type: | FedEx Priority Overnight | Delivery date: | Feb 10, 2015 09:22 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ██████████ | Ship date: | Feb 9, 2015 |

Recipient:
████████████████
████████████
███████ TX 76248 US

Shipper:
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US

Reference

2101016-01

Thank you for choosing FedEx.

#210106-01

2/9/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ██████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ██████████ TX 76248 |
| Service type: | FedEx Priority Overnight | Delivery date: | May 8, 2015 09:33 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ██████████ | Ship date: | May 7, 2015 |

Recipient:                                    Shipper:

██████████                            HUNTER PLOTSKER
██████████                            LINDEN CARE LLC
██████████ TX 76248 US           130 CROSSWAYS PARK DRIVE
                                              SUITE 101
                                              WOODBURY, NY 11797 US
Reference                              2101016-01R

Thank you for choosing FedEx.

# 2101016-01

5/7/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ |
| | | | ██████ TX 76248 |
| Service type: | FedEx Priority Overnight | Delivery date: | Jun 26, 2015 08:50 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ████████ | Ship date: | Jun 25, 2015 |

| Recipient: | Shipper: |
|---|---|
| ██████████ | HUNTER PLOTSKER |
| ██████ TX 76248 US | LINDEN CARE LLC |
| | 130 CROSSWAYS PARK DRIVE |
| | SUITE 101 |
| | WOODBURY, NY 11797 US |
| Reference | 2101016-01R |

Thank you for choosing FedEx.

# 2101016-01

6/25/15



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Residence |
| Signed for by: | Signature not required | Delivery location: | ███████████ |
| | | | ███████ LA 70072 |
| Service type: | FedEx Priority Overnight | Delivery date: | Oct 5, 2015 09:05 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ███████ | Ship date: | Oct 2, 2015 |
| | | Weight: | 1.0 lbs/0.5 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ███████████ | HUNTER PLOTSKER |
| ███████ LA 70072 US | LINDEN CARE LLC |
| | 130 CROSSWAYS PARK DRIVE |
| | SUITE 101 |
| | WOODBURY, NY 11797 US |
| **Reference** | 2331299-01 |
| **Purchase order number:** | y000000JFER |

Thank you for choosing FedEx.

#2331299-01

10/2/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | ███████████ | Delivery location: | ███████████ |
| | | | LA 70072 |
| Service type: | FedEx 2Day | Delivery date: | Nov 4, 2015 10:38 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Indirect Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ███████████ | Ship date: | Oct 30, 2015 |
| | | Weight: | 1.0 lbs/0.5 kg |

Recipient:
███████████
███████████ LA 70072 US

Reference
Purchase order number:

Shipper:
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY
2331299-01R
y000000KIT6

Thank you for choosing FedEx.

# 2331299-01

10/30/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | Signature not required | **Delivery location:** | ████████████ |
| | | | ██████████ NY 10009 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Sep 2, 2015 15:24 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | ████████████ | **Ship date:** | Sep 1, 2015 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
████████████
████████████ NY 10009 US

**Reference**
**Purchase order number:**

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US
2293729-01
y0000007QO

Thank you for choosing FedEx.

# 2293729-01
9/1/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ██████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ CT 06068 |
| Service type: | FedEx Priority Overnight | Delivery date: | Jan 29, 2015 12:05 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ████████ | Ship date: | Jan 28, 2015 |

Recipient:
████████████████
████████ CT 06068 US

Shipper:
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US

Reference                                    2092437-01

Thank

#2092437-01

1/28/2015



November 21, 2015

Dear Customer:

The following is the proof-of-delivery for tracking number █████████

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ CT 06068 |
| **Service type:** | FedEx Priority Overnight | **Delivery date:** | Feb 20, 2015 12:50 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ████████ | **Ship date:** | Feb 19, 2015 |

**Recipient:**
████████████
██████ CT 06068 US

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US

**Reference**                    2092437-01R

Thank you █ ███ ███ █ ██

#2092437-01

2/19/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ CT 06068 |
| Service type: | FedEx Priority Overnight | Delivery date: | Apr 10, 2015 11:42 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ██████████ | Ship date: | Apr 9, 2015 |

**Recipient:**
████████████
██████ CT 06068 US

**Shipper:**
LINDEN CARE LLC
130 CROSSWAYS PARK DR STE 101
WOODBURY 117972046 US

Thank you for choosing FedEx.

#209243 37-01
4/9/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████ CT 06068 |
| Service type: | FedEx Priority Overnight | Delivery date: | Jun 30, 2015 11:12 |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ████████ | Ship date: | Jun 29, 2015 |

**Recipient:**
████████
████████ CT 06068 US

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US
2228245-01

**Reference**

Thank you for choosing FedEx.

2228245-01

6/29/15



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ▮▮▮▮▮▮▮▮

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ▮▮▮▮▮▮▮▮ |
| | | | ▮▮▮▮▮▮ TN 37814 |
| **Service type:** | FedEx 2Day | **Delivery date:** | Jun 25, 2015 12:50 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ▮▮▮▮▮▮ | **Ship date:** | Jun 24, 2015 |

**Recipient:**
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ TN 37814 US

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US
2220394-01

**Reference**

Thank you for choosing FedEx.

#2220394-01
6/24/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ |
| | | | ████████ TN 37814 |
| **Service type:** | FedEx 2Day | **Delivery date:** | Aug 3, 2015 12:44 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ███████████ | **Ship date:** | Jul 31, 2015 |

**Recipient:**                                            **Shipper:**

████████████                                 HUNTER PLOTSKER
████████ TN 37814 US                         LINDEN CARE LLC
                                             130 CROSSWAYS PARK DRIVE
                                             SUITE 101
                                             WOODBURY, NY 11797 US
**Reference**                                2260524-01

Thank you for choosing FedEx.

#2260524-01

7/31/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ██████████

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ IL |
| | | | 60005 |
| **Signed for by:** | ██████████ | **Delivery date:** | Mar 14, 2015 11:13 |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | For Saturday Delivery | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ██████████ | **Ship date:** | Mar 13, 2015 |

**Recipient:**
██████████████████
██████████ IL 60005 US

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBUR
2128150-01

**Reference**

Thank you for choosing FedEx.

# 2128150-01

3/3/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ IL |
| | | | 60005 |
| Signed for by: | ████████ | Delivery date: | Apr 18, 2015 09:35 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | For Saturday Delivery | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | ████████ | Ship date: | Apr 17, 2015 |

Recipient:                                    Shipper:
████████████████████                         HUNTER PLOTSKER
████████████ IL 60005 US                     LINDEN CARE LLC
                                             130 CROSSWAYS PARK DRIVE
                                             SUITE 101
                                             WOODBURY, NY 11797 US
                                             2159532-01N

#2159532-01

4/17/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████████ IL 60005 |
| Signed for by: | ████████████ | Delivery date: | May 21, 2015 09:10 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ███████████ | Ship date: | May 20, 2015 |

**Recipient:**
████████████
████████ IL 60005 US

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US
2189936-01N

#2189936-01

5/19/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ███████████ IL |
| | | | 60005 |
| Signed for by: | ███████████ | Delivery date: | Jun 24, 2015 08:39 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ███████████ | Ship date: | Jun 23, 2015 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ███████████ | HUNTER PLOTSKER |
| | LINDEN CARE LLC |
| ███████████ IL 60005 US | 130 CROSSWAYS PARK DRIVE |
| | SUI▮ |
| | WO▮ |
| **Reference** | 2222 |

# 2222552-01

Thank you for choosing FedEx.

6/23/15



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████████ |
| | | | ███████ FL 33019 |
| **Service type:** | FedEx 2Day | **Delivery date:** | Mar 26, 2015 12:15 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

NO SIGNATURE REQUIRED
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because
a signature was not required.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ███████ | **Ship date:** | Mar 24, 2015 |

**Recipient:**

████████████████████
███████ FL 33019 US

**Reference**

**Shipper:**

HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US

2136241-01

Thank you for choosing FedEx.

# 2136241-01

3/23/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ FL 33019 |
| **Service type:** | FedEx 2Day | **Delivery date:** | Jun 1, 2015 11:39 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ██████████ | **Ship date:** | May 29, 2015 |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ████████████ | HUNTER PLOTSKER |
| ████████ FL 33019 US | LINDEN CARE LLC |
| | 130 CROSSWAYS PARK DRIVE |
| | SUITE 101 |
| | WOODBURY, NY 11797 US |
| **Reference** | 2198809-01 |

Thank you for choosing FedEx.

# 2198809-01
5/28/2015

Removed
+PTS

7-14-2015

# 99433824-01



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ███████████.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | ███████████ | **Delivery location:** | ███████████ LA 70341 |
| **Service type:** | FedEx 2Day | **Delivery date:** | Nov 4, 2015 11:18 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Indirect Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ███████████ | **Ship date:** | Nov 2, 2015 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ███████████ | HUNTER PLOTSKER |
| | LINDEN |
| ███████ LA 70341 US | 130 CR█ |
| | SUITE █ |
| **Reference** | WOOD |
| **Purchase order number:** | 236503 |
| | y00000 |

# 2365038~01

10/30/2015

Thank you for choosing FedEx.



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ██████████

---

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ████████ FL 32819 |
| Signed for by: | ████████ | Delivery date: | Apr 18, 2015 11:27 |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | For Saturday Delivery | | |

---

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | ████████ | Ship date: | Apr 17, 2015 |

Recipient:

████████████████
███ FL 32819 US

Shipper:

HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US
2158981-01

Reference

Thank you for choosing FedEx.

#2158981-01

4/17/2015



November 21,2015

Dear Customer:

The following is the proof-of-delivery for tracking number ██████████

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ████████████ NY 11561 |
| **Service type:** | FedEx 2Day | **Delivery date:** | Mar 26, 2015 12:51 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |

**NO SIGNATURE REQUIRED**
Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | ████████ | **Ship date:** | Mar 25, 2015 |

**Recipient:**
████████████
██████ NY 11561 US

**Reference**

**Shipper:**
HUNTER PLOTSKER
LINDEN CARE LLC
130 CROSSWAYS PARK DRIVE
SUITE 101
WOODBURY, NY 11797 US
2125701-01

Thank you for choosing FedEx.

# 2125701-01

3/24/2015