UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Linden Care, LLC v. Express Scripts, Inc.

**CASE NUMBER:** 5:15-CV-1335

**DATE:** November 20, 2015

**PRESIDING JUDGE:** HON. BRENDA K. SANNES

( X ) PLAINTIFF     (  ) DEFENDANT     (  ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-1 | | | | | Termination Letter Dated November 9, 2015 (Ex. A to Amended Complaint) |
| P-2 | | | | | 2009 ESI Provider Agreement, Un-redacted |
| P-3 | | | | | 2011 Amendment to ESI Provider Agreement (Ex. B to 11/17/15 Wiener Dec.) |
| P-4 | | | | | ESI Provider Manual, Un-redacted |
| P-5 | | | | | Accredo Specialty Drug List (Ex. A to 11/11/15 Wiener Dec.) |
| P-6 | | | | | 11/11/15 Notarized Letter from Dr. |

EXHIBITS RETURNED TO COUNSEL (Date): 12/10/2015              Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

**CASE NAME:** Linden Care, LLC v. Express Scripts, Inc.

**CASE NUMBER:** 5:15-CV-1335

**DATE:** November 20, 2015

**PRESIDING JUDGE:** HON. BRENDA K. SANNES

( X ) PLAINTIFF      ( ) DEFENDANT      ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
|  |  |  |  |  | Alexander Weingarten (Ex. H to 11/11/15 Wiener Dec.) |
| P-7 |  |  |  |  | 11/17/15 Letter from Dr. Patrick Annello (Ex. F to 11/17/15 Clark Dec.) |
| P-8 |  |  |  |  | 11/11/15 Notarized Letter from Patient D.B. (Ex. B to 11/11/15 Wiener Dec.) |
| P-9 |  |  |  |  | 11/11/15 Notarized Handwritten Letter from Patient V.C. (Ex. C to 11/11/15 Wiener Dec.) |
| P-10 |  |  |  |  | 11/11/15 Declaration of Patient R.G. (Ex. D to 11/11/15 Wiener Dec.) |
| P-11 |  |  |  |  | 11/11/15 Notarized Letter from Patient R.S. (Ex. E to 11/11/15 Wiener Dec.) |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

CASE NAME:    Linden Care, LLC v. Express Scripts, Inc.

CASE NUMBER:    5:15-CV-1335

DATE:    November 20, 2015

PRESIDING JUDGE:    HON. BRENDA K. SANNES

( X ) PLAINTIFF     (  ) DEFENDANT     (  ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-12 | | | | | 11/11/15 Notarized Handwritten Letter from Patient E.S. (Ex. F to 11/11/15 Wiener Dec.) |
| P-13 | | | | | 11/10/15 Handwritten Letter from patient T.C. (Part of Ex. G to 11/11/15 Wiener Dec.) |
| P-14 | | | | | Handwritten notarized letter from patient E.M. (Part of Ex. G to 11/11/15 Wiener Dec.) |
| P-15 | | | | | Additional Patient Emails from 11/16/15 & 11/17/15 (Ex. A to Wiener 11/17/15 Dec.) |
| P-16 | | | | | Maryland License (Ex. C to Amended Compl.) |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**EXHIBIT LIST**

CASE NAME:   Linden Care, LLC v. Express Scripts, Inc.

CASE NUMBER:   5:15-CV-1335

DATE:   November 20, 2015

**PRESIDING JUDGE:**   **HON. BRENDA K. SANNES**

( X ) PLAINTIFF     ( ) DEFENDANT     ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-17 |  | 11/20/2015 |  | Fogel | Recording of Call To Village Pharmacy (DVD) |
| P-18 | 11/20/2015 | 11/20/15 |  | Roberts | Controlling the Cost of Compounded Medications: health Plan/Employer Strategies (September 25, 2014) Webinar by Atlantic Information Services (Paper & Powerpoint) |
| P-19 |  |  |  |  | 9 new Patient testimonials November 18, 2015 (Ex. A to 11/19/15 Memorandum Of Law) |
| P-20 |  |  |  |  | Letter from Dr. Edward S. Rubin, M.D. dated November 18, 2015 |
| P-21 |  |  |  |  | Termination Letter by Prime |

EXHIBITS RETURNED TO COUNSEL (Date):   12/10/2015          Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

CASE NAME:    Linden Care, LLC v. Express Scripts, Inc.

CASE NUMBER:    5:15-CV-1335

DATE:    November 20, 2015

PRESIDING JUDGE:    HON. BRENDA K. SANNES

( X ) PLAINTIFF    ( ) DEFENDANT    ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | Therapeutics dated November 13, 2015 |
| P-22 | | | | | Termination Letter by Humana Pharmacy Network dated November 13, 2015 |
| P-23 | | | | | New York Standard Clauses |
| P-24 | | | | | March 9, 2011 New York DOH Guidelines |
| P-25 | | | | | Portions of Linden Care's Website |
| P-26 | | | | | PBM Regulation, Investigation, Prosecution and Compliance, Pharma Audio-conference (2/10/04) (James G. Sheehan) |
| P-27 | 11/23/2015 | 11/23/2015 | In redacted form | Wiener | Letter to patient re: Linden Care termination |
| P-28 | 11/23/2015 | 11/23/2015 | | Wiener | Audit letter |

EXHIBITS RETURNED TO COUNSEL (Date):    12/10/2015    Signature: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

## EXHIBIT LIST

CASE NAME:   Linden Care, LLC v. Express Scripts, Inc.

CASE NUMBER:   5:15-CV-1335

DATE:   November 20, 2015

PRESIDING JUDGE:   HON. BRENDA K. SANNES

( X ) PLAINTIFF     ( ) DEFENDANT     ( ) COURT

| EXHIBIT NUMBER | DATE MARKED FOR IDENTIFICATION | DATE ADMITTED INTO EVIDENCE | REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| P-29 | 11/23/2015 | 11/23/2015 | | Wiener | Reversal documentation |
| P-30 | 11/23/2015 | 11/23/2015 | | Wiener | Delivery tickets |

EXHIBITS RETURNED TO COUNSEL (Date):   12/10/2015          Signature:  _[signature]_