UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **LINDEN CARE, LLC,** | | |
| | *Plaintiff,* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(i)** |
| -*against*- | | |
| **EXPRESS SCRIPTS, INC.,** | | Case No. 15-cv-01335 (BKS/CFH) |
| | *Defendants.* | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Linden Care, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, Express Scripts, Inc.

**DATED:** December 11, 2015            **BARCLAY DAMON, LLP**

By: _____/s *Joseph A. Murphy*_____
    Joseph A. Murphy
    Bar Roll No. 517139

    Linda J. Clark
    Bar Roll No. 301522

*Attorneys for Plaintiff*
Office and Post Office Address
80 State Street
Albany, New York 12207-2830
Telephone: (518) 429-4200

11535668.1