UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **LINDEN CARE, LLC,** | | |
| | *Plaintiff,* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(i)** |
| *-against-* | | |
| **EXPRESS SCRIPTS, INC.,** | | Case No. 15-cv-01335 (BKS/CFH) |
| | *Defendants.* | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Linden Care, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, Express Scripts, Inc.

**DATED:** December 11, 2015

**BARCLAY DAMON, LLP**

By: _____/s *Joseph A. Murphy*_____
   Joseph A. Murphy
   Bar Roll No. 517139

   Linda J. Clark
   Bar Roll No. 301522

*Attorneys for Plaintiff*
Office and Post Office Address
80 State Street
Albany, New York 12207-2830
Telephone: (518) 429-4200

IT IS SO ORDERED:

*/s/ Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge

Dated: 12/15/2015
Syracuse, NY

BARCLAY DAMON, LLP

11535668.1